IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants, The Lincoln National Life Insurance Company/Lincoln Financial Group Company[1] ("Lincoln National") and Liberty Life Assurance Company of Boston[2] n/k/a Lincoln Life Assurance Company of Boston ("Lincoln Life"), (collectively, the "Lincoln Defendants") file the following Notice of Removal and would show the Court as follows:

**I.**

An action was commenced by Plaintiff in the District Court in and for Denver County, Colorado. This action is entitled *Shelley D. Leavy v. The Lincoln National Life Insurance Company/Lincoln Financial Group Company, Liberty Life Assurance Company of Boston, and Sisters of Charity of Leavenworth Health System, Inc.*, Case No. 20CV30913 (the "State Action"). The following process, pleadings, and orders have been served on the Lincoln Defendants in such action, and are attached hereto as Exhibits "A-1" through "A-5":

---

1 There is no corporate entity named "Lincoln Financial Group Company" as Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2 Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

A-1. Summons as to Lincoln National Life Insurance Company
A-2. Summons as to Liberty Life Assurance Company of Boston
A-3. Plaintiff's Amended Complaint and Jury Demand
A-4. Civil Case Cover Sheet
A-5. Delay Reduction Order

**II.**

This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq. ERISA applies to any "employee benefit plan" if the plan is established or maintained by an employer or employee organization engaged in commerce or in any industry or activity affecting commerce. 29 U.S.C. § 1003. An "employee benefit plan" is defined as an employee welfare benefit plan or an employee pension benefit plan. 29 U.S.C. § 1002(3). A plan is a welfare benefit plan if it "was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, . . . benefits in the event of sickness, accident, disability, death or unemployment." 29 U.S.C. § 1002(1) (references to other types of employer-provided benefits qualifying as ERISA plans omitted) (emphasis added).

By the State Action, Plaintiff asserts claims for benefits allegedly due under a group life insurance policy ("Policy") issued by Lincoln Life to Sisters of Charity of Leavenworth Health System, Inc. ("SCL Health") (Complaint, ¶ 5). Lincoln Life issued the Policy pursuant to the Sisters of Charity of Leavenworth Health System, Inc. Plan ("the Plan"), which provides certain benefits to employees SCL Health. (Id.). The Plan, of which the Policy is a part, is an employee welfare benefits plan as defined by ERISA, 29 U.S.C. § 1002(1). The benefits sought by Plaintiff in the State Action are sought from an ERISA plan. Therefore, the plan and an action for benefits under the plan are governed by ERISA. The Court's analysis of Plaintiff's causes of action will necessarily require interpretation of this ERISA plan. Because the preemptive force of ERISA is

so powerful that it completely displaces any state law cause of action, Plaintiff's causes of action will be "recharacterized" as a federal claim under ERISA. Plaintiff's causes of action in the State Action are completely preempted by 29 U.S.C. § 1132(a)(1)(B) and/or § 1132(a)(3). Metropolitan Life Ins. Co. v. Massachusetts, 471 U.S. 724 (1985); Pilot Life Ins. Co. v. Dedeoux, 481 U.S. 41 (1987); Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987). Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

**III.**

Defendant Lincoln Life was served with this lawsuit on March 12, 2020, and Defendant Lincoln National was served with this lawsuit on March 13, 2020. Defendant SCL Health was served with process on March 17, 2020, and consents to this removal (Exhibit "B" attached hereto). Therefore, this Notice of Removal is timely filed within thirty (30) days of service of the Complaint upon the Lincoln Defendants.

**IV.**

This Court is the District Court of the United States for the District and Division embracing the place where the State Action is pending. Contemporaneous with the filing of this Notice of Removal, the Lincoln Defendants have given the District Court in and for Denver County, Colorado, written notice of the same in the form attached hereto as Exhibit "C."

**V.**

The following is a list of counsel of record:

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

***Counsel for Defendants The Lincoln National Life Insurance Company and Lincoln Life Assurance Company of Boston***

Andrew D. Ringel
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
PH: 303-628-3453
Email: ringela@hallevans.com

***Counsel for Defendant Sisters of Charity of Leavenworth Health System, Inc.***

A. Craig Fleishman
MARY EWING LAW OFFICES, PC
3601 S. Pennsylvania St.
Englewood, CO 80113
PH: (303) 761-1400
Fax: (303) 761-8100
E-mail: Craig.Fleishman@MaryEwingLaw.com

***Counsel for Plaintiff Shelley D. Leavy***

DATED this 31st day of March 2020.

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANTS THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Pleading was forwarded by Electronic Mail and by US Priority Mail, delivery confirmation requested, on the 31st day of March 2020 to the following Parties:

***Counset For Plaintiff:***
A. Craig Fleishman
Mary Ewing Law Offices, PC
3601 S. Pennsylvania St.
Englewood, CO 80113
E-mail: Craig.Fleishman@MaryEwingLaw.com

AND (Via Electronic Mail only) to:

***Counsel For Defendant Sisters of Charity of Leavenworth Health System, Inc.:***
Andrew D. Ringel
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Email: ringela@hallevans.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers