IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.'S CONSENT TO NOTICE OF REMOVAL**

Sisters of Charity of Leavenworth Health System, Inc. ("SCL Health") Defendant herein, files this Consent to Removal and in support would show the Court the following:

1. Contemporaneously with the filing of this Consent, Defendants The Lincoln National Life Insurance Company/Lincoln Financial Group Company and Liberty Life Assurance Company of Boston filed a notice of removal.

2. SCL Health hereby gives notice to the Court and to all parties that it consents to the removal of Plaintiff's Complaint filed by Plaintiff, Shelley D. Leavy, in Case No. 20CV30913, previously pending in the District Court in and for Denver County, Colorado, which has been removed into this United States District Court.

EXHIBIT

B

DATED this 31st day of March 2020.

Respectfully submitted,

s/ Andrew D. Ringel

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
PH: 303-628-3300
Fax: 303-628-3368
Email: ringela@hallevans.com

COUNSEL FOR DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.