<table>
<tr><td>DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202</td><td rowspan="2">▲ COURT USE ONLY ▲</td></tr>
<tr><td>Plaintiff:<br>SHELLEY D. LEAVY<br><br>v.<br><br>Defendants:<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/ LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.</td></tr>
<tr><td>Attorney for Defendants The Lincoln National Life Insurance Company/Lincoln Financial Group Company, Liberty Life Assurance Company of Boston:<br>Iwana Rademaekers<br>LAW OFFICES OF IWANA RADEMAEKERS, P.C.<br>14785 Preston Road, Suite 550<br>Dallas, Texas 75254<br>Main: (214) 579-9319<br>Fax: (469) 444-6456<br>Email: iwana@rademaekerslaw.com<br>Texas Bar No. 16452560</td><td>Case Number: 20CV30913<br><br>Div.: 203</td></tr>
<tr><td colspan="2"><u>NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT</u></td></tr>
</table>

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendants The Lincoln National Life Insurance Company/Lincoln Financial Group Company and Liberty Life Assurance Company of Boston, hereby give notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the District of

EXHIBIT

**C**

Colorado. A copy of Defendants' Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "1."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. 28 U.S.C. § 1446(d).

Respectfully submitted this 31st day of March 2020.

**ATTORNEYS FOR DEFENDANTS THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: ______________________
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was forwarded to the following counsel of record, via electronic mail and via US Priority Mail, Delivery Confirmation requested, on the 31st day of March 2020, as follows:

A. Craig Fleishman
Mary Ewing Law Offices, PC
3601 S. Pennsylvania St.
Englewood, CO 80113
e-mail: Craig.Fleishman@MaryEwingLaw.com

***Counsel for Plaintiff***

Andrew D. Ringel
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Email: ringela@hallevans.com

***Counsel for Defendant Sisters of Charity of Leavenworth Health System, Inc.***

______________________
Iwana Rademaekers