IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2020, I served copies of the following documents on all other parties:

- Notice to Attorneys in a Removed Action (dkt 2)
- Notice of Magistrate Assignment (dkt 3)
- Amended Complaint (dkt 4)
- Magistrate Consent/Non-Consent Form (dkt 5)
- Order Setting Deadline for Filing Election Concerning Consent/Non-Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference (dkt 6)

Dated this 1st day of April 2020.

Respectfully submitted,

/s/ *Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANTS THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Pleading was forwarded by Electronic Mail and by US Priority Mail, delivery confirmation requested, on the 1st day of April 2020 to the following Parties:

***Counsel For Plaintiff:***
A. Craig Fleishman
Mary Ewing Law Offices, PC
3601 S. Pennsylvania St.
Englewood, CO 80113
E-mail: Craig.Fleishman@MaryEwingLaw.com

AND (Via Electronic Mail only) to:

***Counsel For Defendant Sisters of Charity of Leavenworth Health System, Inc.:***
Andrew D. Ringel
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Email: ringela@hallevans.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers