IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00876-STV

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/
LINCOLN FINANCIAL GROUP COMPANY,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and
SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Andrew D. Ringel, Esq., of Hall & Evans, L.L.C, enters his appearance on behalf of Defendant Sisters of Charity of Leavenworth Health Systems, Inc.

Dated this 1st day of April, 2020.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEY FOR DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 1st day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Iwana M. Rademaekers
Iwana Rademaekers, PC
14785 Preston Road, Suite 550
Dallas, TX 75254
214-579-9319, Fax: 469-444-6456
Email: iwana@rademaekerslaw.com
***Attorney for Defendants Lincoln National Life Insurance Company, The other Lincoln Financial Group Company and Liberty Life Assurance Company of Boston***

And the same foregoing was electronically served on the following e-mail address:

A. Craig Fleishman
Mary Ewing Law Offices, PC
3601 S. Pennsylvania St.
Englewood, CO 80113
E-mail: Craig.Fleishman@MaryEwingLaw.com
***Attorney for Plaintiff***

s/ Nicole Marion, Legal Assistant at
Hall & Evans, L.L.C.