IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00876-STV

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
LINCOLN FINANCIAL GROUP COMPANY,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and
SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S AMENDED COMPLAINT FROM DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.**

---

Defendant Sisters of Charity of Leavenworth Health Systems, Inc., by and through its counsel, Andrew D. Ringel, Esq. and Kendra K. Smith, Esq. of Hall & Evans, L.L.C., hereby respectfully submits this Unopposed Motion for Extension of Time to Respond to the Plaintiff's Amended Complaint, as follows:

1. A Summons and the Amended Complaint were served on Defendant Sisters of Charity of Leavenworth Health Systems, Inc. ("SCL Health") on March 17, 2020. Accordingly, the response from SCL Health to Plaintiff's Amended Complaint is due on or before April 7, 2020. The undersigned counsel was recently retained to represent SCL Health in this matter and needs some additional time to investigate the Plaintiff's allegations, gather necessary documents, and determine an appropriate strategy for

responding to the Amended Complaint. This effort is complicated by the Covid-19 pandemic and the need for SCL Health employees that are assisting in this process with the undersigned counsel to focus their efforts at providing health care during the pandemic. Accordingly, SCL Health respectfully requests an extension of twenty-one (21) days until and including April 28, 2020, to respond to the Plaintiff's Amended Complaint. No party will be prejudiced by this extension of time.

2. Pursuant to D.C.Colo.LCiv.R. 7.1(d), prior to filing this Motion, the undersigned counsel conferred with counsel for the Plaintiff, A. Craig Fleishman, Esq. Mr. Fleishman indicated the Plaintiff does not object to this Motion or the requested extension.

3. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representative with a copy of this Motion as reflected in the accompanying certificate of service.

WHEREFORE, for all the foregoing reasons, Defendant Sisters of Charity of Leavenworth Health Systems, Inc. respectfully requests an extension of twenty-one (21) days until and including April 28, 2020, to respond to the Plaintiff's Amended Complaint, and for all other and further relief as this Court deems just and appropriate.

Dated this 2nd day of April, 2020.

Respectfully submitted,

s/ Andrew D. Ringel

Andrew D. Ringel, Esq.
Kendra K. Smith, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: ringela@hallevans.com
smithk@hallevans.com

**ATTORNEY FOR DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 2nd day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Iwana M. Rademaekers, Esq.
iwana@rademaekerslaw.com

And the same foregoing was electronically served on the following e-mail address:

A. Craig Fleishman, Esq.
Craig.Fleishman@MaryEwingLaw.com

And served via email to the following client representative:

Molly Hoffman

s/ Nicole Marion, Legal Assistant at
Hall & Evans, L.L.C.