**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV—00876-STV

**SHELLEY D. LEAVY,**

Plaintiff

vs.

**THE LINCOLN NATIONAL LIFE INURANCE COMPANY,**
**LINCON FINANCIAL GROUP COMPANY,**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and**
**SISTERS OF CHARITY OF LEAVENWORTH HEATH SYSTEM, INC**.

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

**COMES NOW** A. Craig Fleishman of Mary Ewing Law Offices, PC and hereby enters her appearance on behalf of the Plaintiff, Shelley Leavy.

Dated this 6th day of April, 2020.

Respectfully submitted,

*s/A. Craig Fleishman*

A. Craig Fleishman, #6820
MARY EWING LAW OFFICES, PC
3601 S. Pennsylvania Street
Englewood, Colorado 80113
Telephone: 303-761-1400
Facsimile: 303-761-8100
Email: craig.fleishman@maryewinglaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __6th____ day of April, 2020, a true and correct copy of the foregoing was served via efiling upon the following:

Iwana M. Rademaekers, Esq.
Iwana Rademaekers, PC
14785 Preston Road, #550
Dallas, TX 75254
iwana@rademaekerslaw.com

**Attorney for Lincoln National Life Insurance Company,**
**Attorney for Lincoln Financial Group Company**
**Attorney for Liberty Life Assurance Company of Boston**

Andrew D. Ringel, Esq.
Hall & Evans, LL
1001 17th Street, #300
Denver, CO 80202
ringrla@hallevans.com

**Attorney for Sisters of Charity of Leavenworth Health Systems, Inc.**

Kendra K. Smith, Esq.
Hall & Evans, LL
1001 17th Street, #300
Denver, CO 80202
smithk@hallevans.com

**Attorney for Sisters of Charity of Leavenworth Health Systems, Inc.**

*/s/Victoria Brodsky*
*Paralegal to A. Craig Fleishman*