IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, The Lincoln National Life Insurance Company/Lincoln Financial Group Company[1] ("Lincoln National") and Liberty Life Assurance Company of Boston[2] ("Liberty Life"), file this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Amended Complaint and would show unto the Court as follows:

1. Plaintiff filed her Amended Complaint on March 12, 2020. Lincoln National and Liberty Life removed the lawsuit to this Court on March 31, 2020 and must file their Answer or otherwise respond by April 7, 2020.

2. Lincoln National and Liberty Life request an extension to respond to or answer Plaintiff's Amended Complaint in order to allow them time to obtain the necessary documents to appropriately respond to the Amended Complaint. Further, the Parties are discussing issues regarding the correct entities to be named as Defendants in this action, and it is anticipated that an

---

1 There is no corporate entity named "Lincoln Financial Group Company" as Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2 Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

Amended Complaint will be filed by the Plaintiff. Accordingly, Lincoln National and Liberty Life respectfully request that the Court enter an order that Lincoln National and Liberty Life have until and including April 28, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint.

3. Pursuant to D.C.Colo.LCiv.R. 7.1(d), the office of the undersigned conferred with Plaintiff's counsel, Craig Fleishman, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representative with a copy of this Motion as reflected in the accompanying certificate of service.

5. This Motion Regarding Deadline to Respond to Plaintiff's Amended Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln National and Liberty request that the Court enter an order that these Defendants shall have until and including April 28, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint.

RESPECTFULLY SUBMITTED, this 6th day of April 2020.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANTS THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that on April 6, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Counsel For Plaintiff:***
A. Craig Fleishman
E-mail: Craig.Fleishman@MaryEwingLaw.com

***Counsel for Defendant Sisters of Charity of Leavenworth Health System, Inc.***
Andrew David Ringel, Esq.
Email: ringela@hallevans.com
Kendra K. Smith, Esq.
Email: smithk@hallevans.com

I further certify that a copy of the foregoing was served via electronic mail on Paula McGee, the client representative for Lincoln National and Liberty Life.

/s/ *Iwana Rademaekers*
Iwana Rademaekers