IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**ORDER GRANTING LINCOLN NATIONAL LIFE INSURANCE COMPANY'S AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

On this day, the Court considered The Lincoln National Life Insurance Company's and Liberty Life Assurance Company of Boston's Unopposed Motion Regarding Deadline to Respond to Plaintiff's Amended Complaint. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Unopposed Motion Regarding Deadline to Respond to Plaintiff's Amended Complaint is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Defendants The Lincoln National Life Insurance Company and Liberty Life Assurance Company of Boston shall have until and including April 28, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint.

**SIGNED** this ______ day of ____________________, 2020.

______________________________________
UNITED STATES MAGISTRATE JUDGE