IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20cv00876

SHELLEY D. LEAVY,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY/LINCOLN FINANCIAL GROUP COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**DEFENDANTS' NOTICE OF SUBMISSION OF STATE COURT DOCKET SHEET**

Pursuant to D.C.COLO.LCivR 81.1(b), Defendant's The Lincoln National Life Insurance Company ("Lincoln National") and Liberty Life Assurance Company of Boston ("Liberty Life") submit herewith the current docket sheet (register of actions) from the Denver County District Court Case Number 20CV30913, which was removed to this Court by Lincoln National and Liberty Life on March 31, 2020.

Dated this 8th day of April 2020.

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANTS THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that on April 8, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Counsel For Plaintiff:***
A. Craig Fleishman
E-mail: Craig.Fleishman@MaryEwingLaw.com

***Counsel for Defendant Sisters of Charity of Leavenworth Health System, Inc.***
Andrew David Ringel, Esq.
Email: ringela@hallevans.com
Kendra K. Smith, Esq.
Email: smithk@hallevans.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers