# Leavy, Shelley D Vs. Lincoln Natl Life Ins Co Et Al

**Case Number:** 2020CV30913(District) **Date Filed:** 2020-03-06

## Summary

| | |
|---|---|
| **Judge** | Brian R Whitney |
| **Court** | Denver District |
| **Division** | 203 |
| **Appealed** | |

## Case Status

## Judge or Magistrate

| Name | BAR Number |
|---|---|
| Brian R Whitney | 22111 |

## Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|

## Related Cases

| Location | Case Number | Related Reason | Name |
|---|---|---|---|

## Participants

| Litigant | Attorney |
|---|---|
| Lincoln Natl Life Ins Co<br>Defendant 1<br>DOB<br>Gender Unknown<br>Race<br>Alias Lincoln Fncl Group Co | |
| Liberty Life Assurance Co Of Boston<br>Defendant 2<br>DOB<br>Gender Unknown<br>Race | |
| Catholic Health Initiative Colo<br>Defendant 3<br>DOB<br>Gender Unknown<br>Race | |
| Sisters Of Charity Of Leavenworth Healt<br>Defendant 4<br>DOB<br>Gender Unknown<br>Race | |
| Leavy, Shelley D<br>Plaintiff 1<br>DOB<br>Gender Unknown<br>Race | Fleishman, A Craig<br>Role Private Attorney<br>BAR 6820<br>Primary Attorney Y |

**Charges**

| Count | Date | Details |
| --- | --- | --- |

**Scheduled Events**

| Date | Time | Details |
| --- | --- | --- |
| 05/11/2020 | 700 AM | Status Judge Brian R Whitney Room 203 Review |

**Proceedings**

| Date | Code | Description |
| --- | --- | --- |
| 03/06/2020 | COVR | Civil Case Cover Sheet |
| 03/06/2020 | CMJD | Complaint And Jury Demand |
| 03/09/2020 | ORDR | Order |
| 03/12/2020 | COVR | Civil Case Cover Sheet |
| 03/12/2020 | CMJD | Complaint And Jury Demand |
| 03/24/2020 | SUMM | Summons |
| 03/24/2020 | SUMM | Summons |
| 03/24/2020 | SUMM | Summons |
| 03/24/2020 | RTSV | Return Of Service |
| 03/24/2020 | RTSV | Return Of Service |
| 03/24/2020 | RTSV | Return Of Service |

**Judgments**

| # | Date | Details |
| --- | --- | --- |

**Bond Information**

| ID | Details |
| --- | --- |

**Financial Summary**

| Un-Assigned Rcp's | Received |
| --- | --- |
| ----------------- | -------- |
| Civil Action Tax | $1.00 |
| Court Security Cash Fund | $10.00 |
| Jury Demand Fee | $100.00 |
| Justice Center Cash Fund | $88.00 |
| Office of Public Guardianship Fund | $41.00 |
| Stabilization Fund - USER Fee | $226.00 |
| Total Un-Assigned | $466.00 |