IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00876-DDD-STV

SHELLEY D. LEAVY,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON n/k/a
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and
SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT FROM DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.**

---

Defendant Sisters of Charity of Leavenworth Health Systems, Inc., by and through its counsel, Andrew D. Ringel, Esq. and Kendra K. Smith, Esq. of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 7.1(a), hereby respectfully submits this Corporate Disclosure Statement, as follows:

1. Defendant Sisters of Charity of Leavenworth Health Systems, Inc. is a Kansas nonprofit corporation. Defendant does not have any parent entities and no public company has a ten percent (10%) or more ownership interest in Defendant.

Dated this 24th day of April, 2020.

Respectfully submitted,

s/ Andrew D. Ringel

Andrew D. Ringel, Esq.
Kendra K. Smith, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: ringela@hallevans.com
smithk@hallevans.com

**ATTORNEY FOR DEFENDANT SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEMS, INC.**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 24th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Iwana M. Rademaekers, Esq.
iwana@rademaekerslaw.com

A. Craig Fleishman, Esq.
Craig.Fleishman@MaryEwingLaw.com

s/ Nicole Marion, Legal Assistant at
Hall & Evans, L.L.C.