IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

---

Courtroom Deputy: Laura Galera
Date: June 3, 2020

FTR - Reporter Deck - Courtroom A402
Alfred A. Arraj United States Courthouse

---

Civil Action No. 20-cv-00876-DDD-STV

| *Parties:* | *Counsel:* |
|---|---|
| SHELLEY D. LEAVY | A. Craig Fleishman |
| Plaintiff, | |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and | Iwana M. Rademaekers |
| SISTERS OF CHARITY OF LEAVENWOTH HEALTH SYSTEM, INC. | Kendra Smith |
| Defendants. | |

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**TELEPHONIC RULE 16 SCHEDULING CONFERENCE (ERISA)**
**Court in Session: 9:04 a.m.**
Court calls case. Appearances of counsel.

Parties have not consented to the exercise of jurisdiction of a magistrate judge.

Deadline for submission of the Administrative Record: **October 2, 2020.**

Discovery Cut Off: **July 31, 2020.**

Deadline for filing any Motions to Supplement the Administrative Record: **September 4, 2020.**

Deadline for filing Plaintiff's Opening Brief: **November 16, 2020.**

Deadline for filing Defendants' Response Brief: **December 18, 2020.**

Deadline for filing Plaintiff's Reply Brief: **January 15, 2021**.

Because this action is based on an administrative record, the parties do not anticipate a trial.

HEARING CONCLUDED.

**Court in recess: 9:06 a.m.**
Total In-Court Time: 00:02

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.