IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00876-DDD-NRN

SHELLEY D. LEAVY,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON n/k/a
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and
SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.

Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Shelley D. Leavy and Defendants Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston and Sisters of Charity of Leavenworth Health System, Inc. file this Joint Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

/s/ A. Craig Fleishman

A. Craig Fleishman, #68220
MARY EWING LAW OFFICES, PC
3601 S. Pennsylvania Street
Englewood, CO 80113

PH: (303) 761-1400
FX: (303) 761-8100
Email: craig.fleishman@maryewinglaw.com

COUNSEL FOR PLAINTIFF

**- AND -**

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

**- AND -**

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Kendra K. Smith, Esq.
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: ringela@hallevans.com
Email: smithk@hallevans.com

COUNSEL FOR DEFENDANT
SISTERS OF CHARITY OF LEAVENWORTH
HEALTH SYSTEMS, INC.